### ELON G. HOLMES and Another v. AI BROOKS and Another.[1]

June 19, 1896.

Nos. 9937—(197).

Action in the district court for Becker county against Ai Brooks and William M. Brooks, copartners under the firm name and style of Brooks & Co., defendants, and Charles A. Wright, garnishee. From a judgment, dismissing the action as against the garnishee, entered in pursuance of the order of Searle, J., plaintiffs appealed. Reversed.

*Warner, Richardson & Lawrence,* and *Jeff H. Irish,* for appellants.
*William C. White,* for respondents.

MITCHELL, J. This case involves the same question as Farwell, Ozmun, Kirk & Co. v. Brooks, supra, p. 184.

Judgment reversed.